UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
MUNOZ, MARCOS A.                      §    Case No. 13-06873
MUNOZ, ALMA D.                        §
                                      §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/05/2013 in Courtroom 240,
                  United States Courthouse
                  c/o Kane County Courthouse
                  100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2013                    By: Kenneth S. Gardner
                                                Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MUNOZ, MARCOS A. § Case No. 13-06873
MUNOZ, ALMA D. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 46.22 | $ 0.00 | $ 46.22 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,296.22 |
| Remaining Balance | | $ | 3,683.78 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,498.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Quantum3 Group LLC as agent for | $ 2,173.68 | $ 0.00 | $ 280.98 |
| 000002 | Fifth Third Bank | $ 2,765.03 | $ 0.00 | $ 357.42 |
| 000003 | GE Capital Retail Bank | $ 3,144.83 | $ 0.00 | $ 406.51 |
| 000004 | Von Maur | $ 297.04 | $ 0.00 | $ 38.40 |
| 000005 | Capital One, N.A. | $ 2,089.75 | $ 0.00 | $ 270.12 |
| 000006 | eCAST Settlement Corporation, assignee | $ 8,206.23 | $ 0.00 | $ 1,060.76 |
| 000007 | eCAST Settlement Corporation, assignee | $ 9,821.71 | $ 0.00 | $ 1,269.59 |

Total to be paid to timely general unsecured creditors      $      3,683.78

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R.  Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                         Case No. 13-06873-CAD
Marcos A. Munoz                                                Chapter 7
Alma D. Munoz
         Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: pseamann               Page 1 of 1        Date Rcvd: Oct 25, 2013
                              Form ID: pdf006              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2013.
db/jdb        +Marcos A. Munoz,    Alma D. Munoz,    111 Golfview Lane,   Carpentersville, IL 60110-2308
20078802       Best Buy,   HSBC Retail Services,    P. O. Box 71106,   Charlotte, NY 28272-1106
20771017       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20078803       Carson’s - Comenity,    P. O. Box 659813,   San Antonio, TX 78265-9113
20078806       Chase,   Cardmember Services,    P. O. Box 15153,   Wilmington, DE 19886-5153
20078805       Chase,   P. O. Box 9001020,   Louisville, KY 40290-1020
20078804       Chase,   P. O. Box 24696,   Columbus, OH 43224-0696
20078807      +FFCC Columbus,    PO Box 20790,   Columbus, Ohio 43220-0790
20078808       Fifth Third Bank,    P. O. Box 740789,   Cincinnati, OH 45274-0789
20495702      +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,   Dallas, TX 75243-4652
20078810       Macy’s,   Department Stores National Bank,    P. O. Box 183083,   Columbus, OH 43218-3083
20078814     ++VON MAUR INC,    6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,    6565 Brady Street,   Davenport, IA 52808)
20078813       Volkswagon Credit,    P. O. Box 5215,   Carol Stream, IL 60197-5215
20776565       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20678671       E-mail/PDF: rmscedi@recoverycorp.com Oct 26 2013 00:58:26     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
20078809       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 26 2013 00:52:53     Kohl’s Payment Center,
                P. O. Box 2983,   Milwaukee, WI 53201-2983
20078811      +Fax: 847-227-2151 Oct 26 2013 01:51:39    Medical Recovery Specialists, LLC,
                2250 E. Devon Avenue, Suite 352,   Des Plaines, IL 60018-4519
20489182       E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2013 00:53:23
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
20078812       E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2013 00:57:06     Sam’s Club/GECRB,
                P. O. Box 530942,   Atlanta, GA 30353-0942
20078815      +E-mail/Text: toddsadwin@westbayconsumer.com Oct 26 2013 00:53:16     West Bay Acquisitions, LLC,
                P.O. Box 8009,   Cranston, RI 02920-0009
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20776566*      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
              John E Juergensmeyer   on behalf of Joint Debtor Alma D. Munoz juerlaw@sbcglobal.net
              John E Juergensmeyer   on behalf of Debtor Marcos A. Munoz juerlaw@sbcglobal.net
              Joseph Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
              Nisha B Parikh   on behalf of Creditor   JPMorgan Chase Bank, N.A. nparikh@fal-illinois.com,
               bankruptcy@fal-illinois.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 5
```