UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
MUNOZ, MARCOS A. § Case No. 13-06873
MUNOZ, ALMA D. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter     on              . The case was pending for      months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| 26CONGRESSIONAL BANK | | | | | |
| CB | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000002 | FIFTH THIRD BANK | | | | | |
| 000003 | GE CAPITAL RETAIL BANK | | | | | |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | | | | | |
| 000004 | VON MAUR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-06873 RG Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | MUNOZ, MARCOS A. | Date Filed (f) or Converted (c): 02/22/13 (f) |
| | MUNOZ, ALMA D. | 341(a) Meeting Date: 03/25/13 |
| For Period Ending: | 02/25/14 | Claims Bar Date: 08/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. tax refund (u) | Unknown | 0.00 | | 5,000.00 | FA |
| 2. real estate - 111 Golfview Lane, Carpentersville | 88,800.00 | 0.00 | DA | 0.00 | FA |
| 3. cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. checking account- TCF Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. wedding ring | 200.00 | 0.00 | DA | 0.00 | FA |
| 8. 401 K - Ascensus | 6,528.00 | 0.00 | DA | 0.00 | FA |
| 9. 2005 Nissan Quest | 4,500.00 | 2,100.00 | DA | 0.00 | FA |
| 10. 2005 Chrysler 300 | 7,500.00 | 600.00 | DA | 0.00 | FA |
| 11. 1998 Ford F-150 | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 12. time share - Imperial Fiesta Club | 500.00 | 0.00 | DA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $110,078.00 | $3,700.00 | | $5,000.00 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-06873 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MUNOZ, MARCOS A. | | Bank Name: | Congressional Bank |
| | MUNOZ, ALMA D. | | Account Number / CD #: | *******0791 Checking Account |
| Taxpayer ID No: | *******3453 | | | |
| For Period Ending: | 02/25/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/13 | 1 | Juergensmeyer & Associates, P.C. | | 1224-000 | 5,000.00 | | 5,000.00 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,990.00 |
| 08/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 4,980.00 |
| * 09/30/13 | | cong bank | bank service fee | 9999-003 | | 10.00 | 4,970.00 |
| * 10/01/13 | | Reverses Adjustment OUT on 09/30/13 | bank service fee refund | 9999-003 | | -10.00 | 4,980.00 |
| * 10/24/13 | | Congressional Bank | reversal of bank service fee | 9999-003 | 10.00 | | 4,990.00 |
| 11/01/13 | | cb | refund service fee | 9999-000 | | | 4,990.00 |
| 12/05/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 1,250.00 | 3,740.00 |
| 12/05/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 46.22 | 3,693.78 |
| 12/05/13 | 001003 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | | 7100-000 | | 280.98 | 3,412.80 |
| 12/05/13 | 001004 | Fifth Third Bank<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243 | | 7100-000 | | 357.42 | 3,055.38 |
| 12/05/13 | 001005 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | | 7100-000 | | 406.51 | 2,648.87 |
| 12/05/13 | 001006 | Von Maur<br>6565 Brady Street<br>Davenport, IA 52808 | | 7100-000 | | 38.40 | 2,610.47 |
| 12/05/13 | 001007 | Capital One, N.A. | | 7100-000 | | 270.12 | 2,340.35 |

Page Subtotals 5,010.00 2,669.65

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 13-06873 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MUNOZ, MARCOS A. | | Bank Name: | Congressional Bank |
| | MUNOZ, ALMA D. | | Account Number / CD #: | *******0791 Checking Account |
| Taxpayer ID No: | *******3453 | | | |
| For Period Ending: | 02/25/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/13 | 001008 | c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | | 7100-000 | | 1,060.76 | 1,279.59 |
| 12/05/13 | 001009 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | | 7100-000 | | 1,269.59 | 10.00 |
| * 01/05/14 | | Reverses Adjustment IN on 10/24/13 | reversal of bank service fee | 9999-003 | -10.00 | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.00 | 5,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******0791 | 5,000.00 | 5,000.00 | 0.00 |
| | 5,000.00 | 5,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals -10.00 2,330.35

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*